IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY f/k/a MONTPELIER U.S. INSURANCE COMPANY | PLAINTIFF |
| v. | CAUSE NO.3:13-CV-29-CWR-FKB |
| LJA COMMERCIAL SOLUTIONS, LLC; RENT CITY, INC., and ABC INDIVIDUALS AND XZY ENTITIES | DEFENDANTS |
| RENT CITY, INC. & PAULINE HOLCOMBE | COUNTER-CLAIMANTS/ CROSS-CLAIMANTS |
| v. | |
| MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY f/k/a MONTPELIER U.S. INSURANCE COMPANY; LJA COMMERCIAL SOLUTIONS, LLC; AND ABC INDIVIDUALS and XYX ENTITIES | COUNTER-DEFENDANTS/ CROSS-DEFENDANTS |
| & | |
| RENT CITY, INC. & PAULINE HOLCOMBE | THIRD-PARTY PLAINTIFFS |
| v | |
| ZURICH SERVICES CORPORATION, d/b/a ZURICH INSURANCE COMPANY d/b/a MARYLAND CASUALTY COMPANY | THIRD-PARTY DEFENDANTS |

AGREED ORDER ON SUMMARY JUDGMENT

THIS CAUSE comes on by Motion of Third-Party Defendant Maryland Casualty Company, incorrectly named as Zurich Services Corporation, d/b/a Zurich Insurance Company, d/b/a Maryland Casualty Company ("Maryland"), for summary judgment, and confessed by

Third Party Plaintiffs Rent City, Inc. and Pauline Holcombe.  This Court has been well-briefed in the premises by counsel for both parties.  This Court further notes that the parties to this motion, Maryland, Rent City, Inc. and Pauline Holcombe, are in agreement with Maryland's motion.  This Court also notes that no other party has filed a response to Maryland's motion.

ACCORDINGLY, this Court grants Maryland's motion for summary judgment.  Maryland Casualty Company, incorrectly named as Zurich Services Corporation, d/b/a Zurich Insurance Company, d/b/a Maryland Casualty Company ("Maryland").  This Court certifies that this Order is a final judgment with prejudice in favor of Maryland, and that it is fully dismissed from this cause of action, as no claims remain against Maryland from any other party.  Both parties agree and will pay their own costs to this action.

SO ORDERED, this the 4th day of December, 2013.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

This Order Prepared by:

s/ Thomas L. Carpenter, Esq.
**CARR ALLISON**
Thomas L. Carpenter/MB#9808
14231 Seaway Road
Building 2000, Suite 2001
Gulfport, MS 39503
Phone:  (228) 864-1060
Fax:  (228) 864-9160
E-mail:  tcarpenter@carrallison.com

Agreed:

/s John Griffin Jones, Esq
**JONES, FUNDERBURG**,
**SESSUMS & PETERSON, PLLC**
John Griffin Jones/MB#3217
P. O. Box 13960
Jackson, MS 39236-3960
Phone: (601)-355-5200
Fax: (601)-355-5400
E-mail:  johnjones@sfsplawfirm.com